## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                                    Case No. **22-20032-06-DDC**

**JASON SMITH,**
    *Defendant.*

_____

## ORDER APPOINTING COUNSEL
_____

NOW on this __20th__ day of April, 2023, the Court upon a preliminary showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, provisionally appoints Jane E. Francis as counsel for Jason Smith. This appointment may be continued, if appropriate, upon the Court's review of a financial affidavit completed and submitted in the District of Kansas. This appointment is pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective April 19, 2023.

_____
The Honorable Teresa J. James
United States Magistrate Judge