## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

UNITED STATES OF AMERICA

Plaintiff,

v.

JASON SMITH,

Defendant.

**RECEIVED**

By US Marshals Service at 1:03 pm, Mar 09, 2023

Case No. 2:22-20032-6-DDC

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

JASON SMITH, who is accused of an offense or violation based on the following document filed with the court:

| | | |
|---|---|---|
| ☐ Indictment | ☒ Superseding Indictment | ☐ Information |
| ☐ Superseding Information | ☐ Complaint | ☐ Probation Violation Petition |
| ☐ Supervised Release Violation Petition | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Ct. 1: 21 U.S.C. § 846 – Conspiracy to Distribute and Possess Methamphetamine with Intent to Distribute; Forfeiture Allegations

Date:   3/9/2023

City and State:   Kansas City, KS

s/ M. McGivern

*Issuing officer's signature*

Skyler B. O'Hara, Clerk of Court

*Printed name and title*

---

**Return**

This warrant was received on (date) 030923 , and the person was arrested on (date) 04112024

at (city and state) Kansas City KS .

Date: 04122024

*Arresting officer's signature*

Jacob Blackman ATF

*Printed name and title*

TFO