IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-20032-DDC-02 |
| ) | |
| CHAZ HICKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' MOTION FOR ORDER IMPOSING
FORFEITURE JUDGMENT**

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, and respectfully moves the Court to enter an order imposing the forfeiture judgment upon the defendant as set out in this motion.   In support of its motion, the United States advises the Court:

1.   On September 9, 2025, defendant Chaz Hicks entered his plea to Count One of the Third Superseding Indictment, charging violations of 21 U.S.C. § 846.   (Doc. 208).

2.   As part of his plea agreement (Doc. 209), the defendant agreed to the imposition of a forfeiture judgment in the amount of $3,360.00, which sum represents proceeds obtained from the Count 1 to which the defendant pled guilty.

3.   The entry of a Final Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.

4.   Pursuant to Rule 32.2(e), upon the United States' motion, the Court may at any

time enter an order of forfeiture or amend an existing order of forfeiture to forfeit specific property of the defendant having a value up to the amount of the money judgment as substitute assets.

WHEREFORE, for the reasons stated above the United States respectfully requests that the Court grant its motion and impose a personal forfeiture money judgment against the defendant in the amount of $3,360.00. A proposed order will be submitted to the Court for its consideration.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
KS. S. Ct. #26095
Scott.anderson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, the foregoing was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record for the defendant.

/s/Scott L. Anderson
SCOTT L. ANDERSON
Assistant United States Attorney