IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-20032-02-DDC |
| | ) |
| CHAZ HICKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER IMPOSING FORFEITURE JUDGMENT**

Before the court is the United States' Motion for an Order Imposing a Forfeiture Judgment upon the defendant, Chaz Hicks. Doc. 211. After reviewing the record and applicable law, the court finds that Chaz Hicks consented to the imposition of a forfeiture judgment at the time of his conviction and plea and makes the following findings and enters the following Order.

1. The court finds that the defendant has consented to the imposition of a forfeiture judgment and as part of post-conviction negotiations, the parties agreed to a forfeiture judgment in the amount of $3,360.00 and grants the United States' Motion for an Order of Forfeiture regarding the same. Doc. 211.

2. The court finds that the $3,360.00 forfeiture judgment represents the amount of proceeds obtained from the offense to which the defendant pled guilty. Rule 32.2(c)(1) provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment. Accordingly, a personal forfeiture money judgment is hereby imposed against the defendant in the amount of $3,360.00, in accordance with Title 21, United States Code, Section 853 and Fed. R. Crim. P. 32.2.

3. Pursuant to Rule 32.2(b)(4), the forfeiture judgment shall become final as to the defendant at the time of sentencing and made part of the sentence and included in the judgment.

4. The court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Fed. R. Crim. P 32.2(e), including to substitute property having a value not to exceed $3,360.00 to satisfy the money judgment in whole or in part.

**IT IS SO ORDERED**.

Dated this 31st day of October, 2025, at Kansas City, Kansas.


        s/ Daniel D. Crabtree
        DANIEL D. CRABTREE
        UNITED STATES DISTRICT JUDGE