IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-20032-01-DDC |
| | ) |
| ERNEST LUCAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF ADMINISTRATIVE FORFEITURE

COMES NOW the United States by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas and Scott L. Anderson, Special Assistant United States Attorney, and respectfully advises the Court that all firearms and accompanying ammunition identified in the Plea Agreement. (Doc. 247) have been administratively forfeited by Alcohol, Tobacco, Firearms and Explosives (ATF).  Accordingly, no further judicial action is needed in this case regarding the forfeiture.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6591
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
KS. S. Ct. # 26095

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, the foregoing was electronically filed with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

counsel of record.

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney