CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

SENTENCING

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                    Case No. 22-20032-01-DDC

ERNEST LUCAS (01),

                Defendant.

                                **Attorney for Government: Michelle McFarlane**
                                **Attorney for Defendant: Paul A. Hood**

| JUDGE: | Daniel D. Crabtree | DATE: | 6/30/2026 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663        $ _____ on count(s)
                                          $ _____ on count(s)

☐ **Total Restitution:**               $ _____

☐ Defendant Fined                  $ _____ on count(s)
                                          $ _____ on count(s)

☐ **Total Fine:**                    $ _____

☒ Defendant Assessed under 18:3013    $ ___100.00___ on count 1 of Third Superseding Indictment
                                          $ _____ on count(s)
                                          $ _____ on count(s)

☒ **Total Assessment:**        **$___100.00___**

☒ Complaint, Indictment, Superseding Indictment, Second Superseding Indictment, and Counts 9 and 10 of the Third Superseding Indictment to be dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant   - Advised of right to appeal
☐ Defendant to voluntarily surrender.
☒ Defendant remanded to custody.
☐ Stay of Execution  ☐ Granted    ☐ Denied
☒ Notes:  Defendant appears in custody with counsel.  Defendant's Objection No. 1 to the Presentence Investigation Report – SUSTAINED as set forth in full on the record.  The court accepts and approves the parties' plea agreement.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 300 months to be followed by 5 years of supervised release.  The court recommends designation to FCI Leavenworth or FCI Greenville (if designated to an FCI facility) or USP Beaumont or USP Pollock (if designated to a USP facility) on the defendant's request.